UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Michael Elm, Deanna Elm, and
Kirk Elm,

          Plaintiffs,

v.

Soo Line Railroad, d/b/a CP
Rail System,

          Defendant.

**MEMORANDUM OF LAW
LAW AND ORDER**
Civil File No. 06-1817 (MJD/AJB)

_____

Paula M. Jossart, Ronald J. Barczak, Christopher J. Moreland, and Don C. Aldrich, Yaeger Jungbauer & Barczak, PLC, Counsel for Plaintiffs.

Timothy R. Thornton and Scott G. Knudson, Briggs & Morgan, PA, Counsel for Defendant.

_____

      It is hereby ordered that Defendant's May 22, 2006, letter request regarding Defendants Motion to Stay and Defendant's Emergency Motion to Stay the Execution of Remand [Docket No. 23] are **DENIED**.

Dated:  May 22, 2006

                                          s / Michael J. Davis
                                          Judge Michael J. Davis
                                          United States District Court

Dockets.Justia.com