**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Michael Elm, Deanna Elm, and
Kirk Elm,

       Plaintiffs,

v.                                  **MEMORANDUM OF LAW**
                                    **LAW AND ORDER**
                                    Civil File No. 06-1817 (MJD/AJB)

Soo Line Railroad, d/b/a CP
Rail System,

       Defendant.

_____

Paula M. Jossart, Ronald J. Barczak, Christopher J. Moreland, and Don C. Aldrich, Yaeger Jungbauer & Barczak, PLC, Counsel for Plaintiffs.

Timothy R. Thornton and Scott G. Knudson, Briggs & Morgan, PA, Counsel for Defendant.

_____

       It is hereby ordered that Defendant's May 22, 2006, letter request regarding Defendants Motion to Stay and Defendant's Emergency Motion to Stay the Execution of Remand [Docket No. 23] are **DENIED**.


Dated:  May 22, 2006                              s / Michael J. Davis
                                                       Judge Michael J. Davis
                                                        United States District Court